DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
BLAKE P. LOEBS, State Bar #145790
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:      (415) 554-3837
E-Mail:          blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ESTATE OF FINAU TAPUELUELU, JEAN FAALANTINA as an individual and as guardian ad litem for FINAU FISI TAPUELUELU JR., TEI FISI TAPUELUELU, minors,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO ET. AL.,<br><br>Defendants. | Case No. C 04-1612 CRB<br><br>STIPULATION TO CONTINUE HEARING DATE OF PLAINTIFFS' PARTIAL SUMMARY JUDGMENT MOTION<br>AND<br>[PROPOSED] ORDER<br><br>Trial Date:        Not assigned |
|---|---|

The undersigned hereby stipulate to continue the partial Summary Judgment hearing date in the above captioned matter from July 8, 2005 to July 14, 2005 at 10:00 a.m. This continuance is based on good cause. This continuance will alleviate the need for Plaintiffs' application to file

Stipulation to Continue MSJ
USDC No.: 04-1612 CRB

1

N:\LIT\LI2004\040599\00314532.DOC

the partial summary judgment motion late and the July 8, 2005 hearing date conflicts with a vacation currently scheduled by counsel for the City.

Dated: June 7, 2005

          DENNIS J. HERRERA
          City Attorney
          JOANNE HOEPER
          Chief Trial Attorney
          BLAKE P. LOEBS
          Deputy City Attorney

        By: /S/Blake P. Loebs
          BLAKE P. LOEBS

          Attorneys for Defendants

Dated: June 7, 2005

          Law Offices of Gregory M. Haynes

        By: /S/Gregory M. Haynes
          GREGORY M. HAYNES

          Attorneys for Plaintiffs

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Plaintiffs' Motion for Partial Summary Judgment is hereby continued to July 14, 2005 at 10:00 a.m., which shall be treated as the original hearing date for purposes of the due date for any opposition and reply.

June 08, 2005

          HON. CHARLES R. BREYER

*APPROVED — Charles R. Breyer — United States District Court, Northern District of California*