```
 1  Law Offices of Gregory M. Haynes, Esq.
    Gregory M. Haynes/S.B. ID# 111574
 2  2443 Fillmore, #194
    (415) 546-0777
 3
    Attorney for Plaintiffs
 4
                    UNITED STATES DISTRICT COURT
 5
                   NORTHERN DISTRICT OF CALIFORNIA
 6

 7  Estate of Tapueluelu, et. al.
 8
                    PLAINTIFFS.
 9                                          No. C04 1612 CRB
                                            STIPULATION TO EXTEND
10                                          THE TIME TO MEDIATE AND
                                            ORDER
11
12  vs.

13  City and County of San Francisco
14  et. al.
15              Defendant(s).                  /

16
17      The parties herein stipulated that the time to have this matter mediation shall be extended to 90
18  days after the hearing date of the motion for plaintiff motion for partial summary judgment, which is
19  set for July 14, 2005.
                                            DENNIS J. HERRERA
20                                          City Attorney
                                            JOANNE HOEPER
21                                          Chief Trial Attorney
                                            BLAKE P. LOEBS
22                                          Deputy City Attorney
23
24  DATED:                                  By: _____
                                            BLAKE P. LOEBS
25                                          Attorney for Defendants
26
27  DATED: 6-29-05
                                            _____
28                                          Gregory M. Haynes
                                            Attorney for Plaintiffs
```

1

2   [PROPOSED] ORDER

3   IT IS HEREBY ORDERED that the time to mediate this matter shall be extended to 90 days from

4   the hearing date for plaintiff partial summary judgment motion, which is set for July 14, 2005.

*APPROVED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*