IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINAU TAPUELUELU ESTATE et al., | No. C 04-01612 CRB |
| Plaintiffs, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| SAN FRANCISCO CITY & COUNTY et al., | |
| Defendants. | |

Now before the Court is plaintiffs' counsel's request for an extension of time to file an opposition to defendants' motion for summary judgment. After carefully considering the request, defendants' response, and the history of this case, the Court GRANTS plaintiffs' request.

The Court orders that plaintiffs submit their opposition no later than October 21, 2005. Failure to do so will be considered a non-opposition to the motion. Defendants' reply shall be filed no later than October 28, 2005. If defendants need an extension of time in order to file the reply because of a conflicting trial, counsel shall notify the Court. The hearing on this motion is rescheduled for November 4, 2005 at 10:00 am.

**IT IS SO ORDERED.**

Dated: October 12, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2004\1612\orderreextension.wpd