**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF FINAU TAPUELUELU, ET AL., | No. C 04-1612 CRB (JL) |
| Plaintiffs, | |
| v. | **NOTICE** |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendants. | |

Defendants on September 19, 2005 filed a motion to compel discovery and for sanctions which was referred by the district court (Hon. Charles R. Breyer) as provided by 28 U.S.C. § 636(B) and Civil Local Rule 72 and is on calendar November 2, 2005. In the interim, Defendants also filed a motion for summary judgment which is on Judge Breyer's calendar for November 4, following one extension of time at Plaintiffs' request.

Plaintiffs' opposition to the discovery motion was due October 12 and, despite several contacts from the court, Plaintiffs failed to file their opposition to the motion. Plaintiffs shall file their opposition on or before October 26, 2005 or the court will assume that they do not oppose Defendants' motion.

1    IT IS SO ORDERED.

2  DATED: October 25, 2005

_____
JAMES LARSON
United States Chief Magistrate Judge

**United States District Court**
For the Northern District of California